

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-076-CV

IN RE RUSSELL JAY REGER                                             RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition to mandamus the Judge of the 17th District Court and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

BOB MCCOY
JUSTICE

PANEL A:  MCCOY, J.; CAYCE, C.J.; and DAUPHINOT, J.

DAUPHINOT, J. would request a response.

DELIVERED:  March 31, 2008

---

[1] See TEX. R. APP. P. 47.4.